QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS GONZALEZ-FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-Cr-0040 AWI |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | |
| JESUS GONZALEZ-FERNANDEZ, | Date:  August 29, 2005 |
| Defendant. | Time:  9:00 A.M. |
| | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference **currently set for August 1, 2005, at 9:00 A.M., may be continued to August 29, 2005.**

The continuance is at the request of defense counsel to provide them additional time for defense preparation and further investigation.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

                                                       McGREGOR W. SCOTT
United States Attorney

DATED: July 27, 2005          By:  /s/ Francine Zepeda with consent of
                                      Marlon Cobar
                                   MARLON COBAR
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   QUIN DENVIR
                                   Federal Public Defender

DATED: July 27, 2005          By:  /s/ Francine Zepeda
                                   FRANCINE ZEPEDA
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   JESUS GONZALEZ-FERNANDEZ

DATED: July 27, 2005          By:  /s/ Francine Zepeda with the consent of
                                      David Arredondo
                                   DAVID ARREDONDO
                                   Attorneys for Defendant
                                   FLOR CARRASCO

## O R D E R

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 29, 2005**                    /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing and Order Thereon                    2