McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. F. 05-0040 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS GONZALEZ FERNANDEZ and | ) | |
| FLOR MARIA CARRASCO, | ) | |
| | ) | |
| Defendant. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the above-named defendants' trial date currently set for May 16, 2006 at 8:30 a.m. be continued to June 14, 2006 at 8:30 a.m.  The parties further request that the trial confirmation hearing in the case be continued from May 1, 2006 at 9:00 a.m. to June 5, 2006 at 9:00 a.m.

A continuance of trial and trial confirmation in this case is respectfully requested by the parties in order for counsel for the government and counsel for both defendants to finalize negotiation discussions as well as the execution of matters in support of

//

1  those discussions, towards a possible pre-trial disposition in the

2  case.

3      The parties further respectfully request that the Court grant

4  an exclusion of time under the Speedy Trial Act from May 16, 2006

5  to June 5, 2006, pursuant to 18 U.S.C. § 3161 (8)(A)and (B)(iv).

6  DATED: April 19, 2006        McGREGOR W. SCOTT
                                United States Attorney
7

8                              By /s/ Marlon Cobar

9
                                MARLON COBAR
10                              Assistant U.S. Attorney

11

12                             /s/ Francine Zepeda

13 DATED: April 19, 2006        _____
                               FRANCINE ZEPEDA
14                             Attorney for Defendant
                               JESUS GONZALEZ FERNANDEZ
15

16

17                             /s/ David Arredondo

18 DATED: April 19, 2006        _____
                               DAVID ARREDONDO
19                             Attorney for Defendant
                               FLOR MARIA CARRASCO
20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED THAT the above-named defendants' trial date currently set for May 16, 2006 at 8:30 a.m. be continued to June **13**, 2006 at 8:30 a.m.

IT IS FURTHER ORDERED that the trial confirmation hearing in the case be continued from May 1, 2006 at 9:00 a.m. to June 5, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (8)(A)and (B)(iv), time under the Speedy Trial Act be excluded from May 1, 2006 to June 5, 2006.  The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial.  The Court further finds that denying this exclusion would unreasonably deny the government and the defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

**Dated:   April 27, 2006**                              /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE