UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| USA, | **1:05-cr-00040 AWI** |
|     Plaintiff, | **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENTS** |
|   vs. | **(L.R. 5-133)** |
| FLOR MARIA CARRASCO, | **Date: November 6, 2006** |
|     Defendant. | **Time: 1:30 p.m.** |
| _____/ | **Courtroom: Two** |

      TO:   DAVID ARREDONDO

      On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on July 5, 2006, directing you to register for CM/ECF.  To date, you have failed to register.

      YOU ARE HEREBY ORDERED TO APPEAR BEFORE THIS COURT ON NOVEMBER 6, 2006, AT 1:30 P.M. IN COURTROOM TWO, BEFORE U.S. DISTRICT JUDGE ANTHONY W. ISHII, TO SHOW CAUSE why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements and your failure to respond to the

1 | court's prior notice.  Any response to this notice shall be filed
2 | at least seven days prior to the hearing.
3 |
4 |        DATED:     September 25, 2006
5 |
6 |                                   /s/ Anthony W. Ishii
  |                                   ANTHONY W. ISHII
7 |                                   U.S. District Judge